United States District Court for the District of Rhode Island

WC-2019-0525
Civil Docket for Case #: 1:19-cv-00586-WES-LDA

Plaintiff

Keith David Heden

vs.

Defendants

Johnson and Johnson Corporation owner of Janssen Pharmaceuticals

Alex Gorsky (C.E.O)

Purdue Pharmaceuticals L.P.

Rhodes Pharmaceuticals L.P. owned by Purdue Pharmaceuticals L.P.

Craig Landau (C.E.O)

Richard Sackler

David Sackler

Mortimer Sackler

The Sackler Family

Russell J. Gasdia former (v.p.) of sales for Purdue Pharmaceuticals L.P.

Teva Pharmaceuticals Industries L.T.D.

Kare' Schultz (C.E.O)

SpecGX L.L.C. U.S. Subsidiary of Mallinckrodt P.L.C.

Mark Trudeau (C.E.O)

AmerisourceBergen Corporation

Mckesson Specialty Pharmacy L.P.

Cardinal Health I.N.C.

RECEIVED

MAY 11 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

**SUPPORTING DOCUMENTATION**

The supporting document being furnished shows the latest prescriptions given to me were approximately 7 1/2 months ago just after September 21st, 2020. These prescriptions are for OxyContin ER 40mg tablets, as well as OXYCODONE 10mg instant release tablets. I was also given morphine, and dilaudid for pain post posterior spinal fusion. All drugs designed and sold by the companies above. Johnson and Johnson one of the main companies, as well as Purdue Pharma LP, etc. All highly addictive with long physical withdrawal cycles. There is a 10 year limit on personal injury, and this puts me well within the timeframe for proper recompense for the personal injury done. On and off throughout my life I have had to deal with inferior drugs to help me with severe pain due to my severe kyphosis-scoliosis. These drugs stated above are inferior, in that most people require more and more of them to sufficiently kill pain reducing the quality of life over time, and creating physical addiction. Furthermore, these drugs could have been designed with what's called a feedback loop to the nociceptin receptor. The nociceptin receptor is a peripheral receptor to the mu-opioid receptor, preventing abuse and addiction. However, status quo, and strong sales through Johnson and Johnson's steady supply of heroin poppies to half the countries other opioid companies stopped any changes in their tracks. 36x the growth over a 15-20 year period in Johnson and Johnsons opioid sector through this distribution cycle. The proof is also with the pre clinical drug AT-121, approved recently for further trials as a drug designed by a few scientists with a grant. This drug is an analgesic, one of the first with a nociceptin feedback loop. Showing the ability of a few scientists with little funding compared to the main opioid companies. If these few scientists accomplished this, the opioid companies sure could have, especially with the amount of cash on hand

business to business. Nevertheless, the personal injury damage has been done, and I expect my day in court. My family is behind me 100%, and I will see this through to its eventual conclusion. My life is not going to be sabotaged by a few companies striving for more earnings per share of common stock. I take no Opioids or Buprenorphine, and will suffer with the extra pain. It's a much better alternative to taking Opioids or Buprenorphine.

Keith David Heden
*Keith David Hede*
401-884-2706

Rhode Island CVS Pharmacy, L.L.C. # 05107
PATIENT PRESCRIPTION RECORD
04/30/2020 THRU 04/30/2021

Page 1 of 1
Date: 04/30/2021   Time: 12:26:30 PM

PHARMACY NAME: 05107 # 05107
ADDRESS: 1285 S. COUNTY TRAIL
CITY, ST, ZIP: EAST GREENWICH, RI, 02818

PATIENT KEY:
PATIENT NAME: HEDEN, KEITH
ADDRESS: 56 CHARLES ST
CITY, ST, ZIP: NORTH KINGSTOW, RI, 028520000

TELEPHONE: (401) 363-2986
BIRTHDATE:
GENDER: M
RELATIONSHIP: Card Holder

| STORE NO # | RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|
| 05107 | 0914285 | 000 | 59651000715 | AZITHROMYCIN 100 MG/5 ML SUSP | | 03/26/2021 | 75.00 | 3.70 |
| 05107 | 0915092 | 000 | 59651000715 | AZITHROMYCIN 100 MG/5 ML SUSP | | 03/30/2021 | 75.00 | 3.70 |
| 05107 | 0892369 | 000 | 00228315303 | BUPRENORPHINE 8 MG TABLET SL | | 01/26/2021 | 90.00 | 0.00 |
| 05107 | 0901571 | 000 | 00228315303 | BUPRENORPHINE 8 MG TABLET SL | | 02/24/2021 | 90.00 | 0.00 |
| 05107 | 0819924 | 000 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 05/11/2020 | 90.00 | 0.00 |
| 05107 | 0819924 | 001 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 06/15/2020 | 90.00 | 0.00 |
| 05107 | 0837999 | 000 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 07/15/2020 | 75.00 | 0.00 |
| 05107 | 0837999 | 001 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 08/18/2020 | 75.00 | 0.00 |
| 05107 | 0852936 | 000 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 09/14/2020 | 75.00 | 0.00 |
| 05107 | 0878934 | 000 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 12/04/2020 | 90.00 | 0.00 |
| 05107 | 0885426 | 000 | 00054018913 | BUPRENORPHINE-NALOXON 8-2MG SL | | 12/31/2020 | 90.00 | 0.00 |
| 05107 | 0820794 | 000 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 05/11/2020 | 90.00 | 0.00 |
| 05107 | 0820794 | 001 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 06/15/2020 | 90.00 | 0.00 |
| 05107 | 0820794 | 002 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 07/15/2020 | 90.00 | 0.00 |
| 05107 | 0820794 | 003 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 08/18/2020 | 90.00 | 0.00 |
| 05107 | 0820794 | 004 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 09/15/2020 | 90.00 | 0.00 |
| 05107 | 0872038 | 000 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 11/06/2020 | 90.00 | 0.00 |
| 05107 | 0872038 | 001 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 12/05/2020 | 90.00 | 0.00 |
| 05107 | 0872038 | 002 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 01/03/2021 | 90.00 | 0.00 |
| 05107 | 0892449 | 000 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 01/28/2021 | 90.00 | 22.64 |
| 05107 | 0892449 | 001 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 02/25/2021 | 90.00 | 0.00 |
| 05107 | 0892449 | 002 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 03/26/2021 | 90.00 | 0.00 |
| 05107 | 0892449 | 003 | 00093321205 | CLONAZEPAM 1 MG TABLET | | 04/24/2021 | 90.00 | 0.00 |
| 05107 | 0813209 | 001 | 65862085901 | FAMOTIDINE 20 MG TABLET | | 07/15/2020 | 180.00 | 0.00 |
| 05107 | 0838213 | 000 | 65862085901 | FAMOTIDINE 20 MG TABLET | | 09/21/2020 | 180.00 | 0.00 |
| 05107 | 0838213 | 001 | 65862085901 | FAMOTIDINE 20 MG TABLET | | 12/27/2020 | 180.00 | 0.00 |
| 05107 | 0854908 | 000 | 49281042050 | FLUZONE QUAD 2020-2021 SYRINGE | | 09/15/2020 | 0.50 | 0.00 |
| 05107 | 0920576 | 000 | 99999000587 | MAGIC MOUTHWASH | | 04/19/2021 | 300.00 | 3.70 |
| 05107 | 0861117 | 000 | 10702005601 | OXYCODONE HCL 10 MG TABLET | | 10/02/2020 | 60.00 | 14.38 |
| 04796 | 1887903 | 000 | 10702005601 | OXYCODONE HCL 10 MG TABLET | | 10/09/2020 | 60.00 | 1.20 |
| 00409 | 0754603 | 000 | 10702005601 | OXYCODONE HCL 10 MG TABLET | | 10/16/2020 | 60.00 | 15.28 |
| 05107 | 0868039 | 000 | 10702005601 | OXYCODONE HCL 10 MG TABLET | | 10/23/2020 | 60.00 | 1.20 |
| 05107 | 0869809 | 000 | 10702005601 | OXYCODONE HCL 10 MG TABLET | | 10/30/2020 | 60.00 | 16.08 |
| 00409 | 0760164 | 000 | 10702005601 | OXYCODONE HCL 10 MG TABLET | | 11/05/2020 | 60.00 | 1.20 |
| 00409 | 0773544 | 000 | 10702001801 | OXYCODONE HCL 5 MG TABLET | | 01/08/2021 | 20.00 | 1.20 |
| 00409 | 0777038 | 000 | 10702001801 | OXYCODONE HCL 5 MG TABLET | | 01/25/2021 | 20.00 | 2.40 |
| 08927 | 0902251 | 000 | 10702001801 | OXYCODONE HCL 5 MG TABLET | | 02/14/2021 | 20.00 | 2.40 |
| 04796 | 1887904 | 000 | 00093573301 | OXYCODONE HCL ER 40 MG TABLET | | 10/09/2020 | 20.00 | 2.90 |
| 00409 | 0754605 | 000 | 00093573301 | OXYCODONE HCL ER 40 MG TABLET | | 10/16/2020 | 20.00 | 177.83 |
| 00409 | 0756744 | 000 | 00093573301 | OXYCODONE HCL ER 40 MG TABLET | | 10/23/2020 | 20.00 | 2.90 |
| 00409 | 0760165 | 000 | 00093573301 | OXYCODONE HCL ER 40 MG TABLET | | 11/05/2020 | 20.00 | 2.90 |
| 05107 | 0855852 | 000 | 59011044010 | OXYCONTIN ER 40 MG TABLET | | 09/17/2020 | 15.00 | 209.07 |
| 05107 | 0861116 | 000 | 59011044010 | OXYCONTIN ER 40 MG TABLET | | 10/02/2020 | 20.00 | 291.82 |
| 05107 | 0869810 | 000 | 59011044010 | OXYCONTIN ER 40 MG TABLET | | 10/30/2020 | 20.00 | 295.23 |
| 04796 | 1958088 | 000 | 59267100002 | PFIZER COVID-19 VACCINE (EUA) | | 03/24/2021 | 0.30 | 0.00 |
| 04796 | 1958089 | 000 | 59267100002 | PFIZER COVID-19 VACCINE (EUA) | | 04/14/2021 | 0.30 | 0.00 |
| 05107 | 0915093 | 000 | 00378064010 | PREDNISONE 5 MG TABLET | | 03/30/2021 | 12.00 | 0.00 |

TOTAL # OF PRESCRIPTIONS: 47   TOTAL PATIENT PAID AMOUNT: 1,071.73

For customers who require additional information please contact the CVS privacy office at 800-287-2414.
Private and Confidential Intended for Addressee only